UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony W. Carrels,  				Civil 13-1736 MJD/FLN
      Plaintiff,

   v.					O R D E R

Carolyn W. Colvin,
*Acting Commissioner Social Security Administration*,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 11, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Plaintiff's Motion for Summary Judgment (ECF No. 8) is **GRANTED in part and DENIED in part**;

2. Defendant's Motion for Summary Judgment (ECF No. 10) is **GRANTED in part and DENIED in part**;

3. The Commissioner's decision is **REVERSED** and the case is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with this ORDER.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 27, 2014				s/Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  United States District Court Chief Judge